IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-cv-07633 |
| v. | ) ) | Judge Matthew F. Kennelly |
| CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois Corporation, and EAGLE HEATING & COOLING INC., and Illinois Corporation | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Jeffrey N. Cole |
| Defendants. | ) | |

**TEMPORARY RESTRAINING ORDER**

This cause having come on to be heard pursuant to the Motion of Jefferson-Pilot Investments, Inc. For A Temporary Restraining Order; due notice having been given; objection having been raised by counsel for Sunset Village Limited Partnership; and the Court being fully advised in the premises; the Court having found that Plaintiff has established cause for the relief requested in that it has established that (i) it would suffer irreparable harm if the relief requested is not granted; (ii) the balance of harm weighs in favor of the Plaintiff; and (iii) Plaintiff has established a likelihood of success on the merits;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Motion is granted and the objection is overruled.

2.     Effective as of 10:20 a.m. Central Standard Time on May 31, 2011, Defendants Capital First Realty, Inc. and Sunset Village Limited Partnership, and each of their employees and agents (together, "Defendants") are hereby enjoined and restrained from (a) disbursing any monies from accounts numbers ending in 4789 and 4797 (together, the "Accounts") held at JP Morgan Chase Bank ("Chase Bank"); and (b) before the close of business on May 31, 2011, Defendants shall request that Chase Bank immediately issue stop payment orders for any checks issued from the Accounts from and after May 18, 2011.

3.     This Restraining Order shall remain in effect until the close of business on June 13, 2011 unless modified by Court order.

4.     This Court shall hold a status hearing on the Motion and entry of this Restraining Order on June 2, 2011 at 9:30 a.m.


Enter: May 31, 2011                                   _____s/ Matthew F. Kennelly_____
                                                                      Judge Matthew F. Kennelly



Prepared by:

Faye B. Feinstein
Quarles & Brady LLP
300 North LaSalle
Suite 4000
Chicago, IL 60654
Counsel for Jefferson-Pilot Investments, Inc.