UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>CAPITAL FIRST REALTY, INC., an Illinois corporation,  )<br><br>Defendant.  ) | No. 10-cv-07633 |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for defendant, Capitol First Realty, Inc. ("Capital First"), MICHAEL J. KRALOVEC AND JOSEPH R. LEMERSAL of the law firm of KRALOVEC MEENAN LLP (collectively "Counsel"), hereby move this Court, pursuant to Local Rule 83.17, for leave to withdraw as the attorneys of record in this matter. Counsel filed their appearances in this matter on December 23, 2010. Since that time, a lack of communication and irreconcilable differences have arisen between Counsel and Capitol First as a result of which Counsel wish to discontinue their representation of Capitol First in this matter. Counsel have served Capitol First with this Motion and Notice of this Motion via hand delivery and email.

WHEREFORE, Counsel for defendant respectfully request that this Court enter an Order granting them leave to withdraw their appearances on behalf of defendant, Capitol First Realty, Inc.

Respectfully submitted,

CAPITAL FIRST REALTY, INC.,

By: s/Joseph R. Lemersal

Michael J. Kralovec, Esq.
Joseph R. Lemersal, Esq.
Kralovec Meenan LLP
53 West Jackson Boulevard
Suite 1102
Chicago, Illinois 60604
(312) 788-1111