# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Jefferson–Pilot Investments, Inc.

                          Plaintiff,

v.                                                 Case No.: 1:10–cv–07633
                                                 Honorable Matthew F. Kennelly

Capital First Realty, Inc., et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 10, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion to approve receiver's reports [103] is granted. Response to second amended complaint is to be filed by 9/6/2011. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.