# Layne Christensen Company

Remit to: 9317 Paysphere Circle Chicago, IL 60674

Great Lakes Region ~ Aurora, IL - Beecher, IL - Lansing, MI - Pewaukee, WI - Schofield, WI
PH: (262) 246-4646 ~ FAX: (262) 246-4784

### INVOICE #: 89016511

**SOLD TO:** Sunset Village
ATTN: Accounts Payable
2450 Waukegan Road
Northfield, IL 60093
Client Phone: 847-724-7711

**INVOICE DATE:** 06/01/2011
**PO#:** Signed Work Order
**LAYNE ORDER#:** 12969
**CLIENT#:** 10161274

Engineer: Chris Peschang

**TERMS: NET 30 DAYS**

| QUANTITY | | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| | | **EMERGENCY REPAIRS WELL NO. 1 PUMPING ASSEMBLY** | | |
| | | **FIELD LABOR AND EQUIPMENT** | | |
| | | 5/25/11 | | |
| 2 | HR | SERVICEMAN WITH SERVICE TRUCK - OVERTIME | $223.50 | $447.00 |
| | | 5/26/11 | | |
| 2 | HR | SERVICE RIG AND 2 MAN CREW | $318.00 | $636.00 |
| 2 | HR | SERVICE CRANE AND 2 MAN CREW | $355.00 | $710.00 |
| 3 | HR | SERVICE RIG AND 4 MAN CREW | $546.00 | $1,638.00 |
| 8 | HR | SERVICE RIG AND 3 MAN CREW - OVERTIME | $610.50 | $4,884.00 |
| 1 | HR | SERVICE CRANE AND OPERATOR - OVERTIME | $305.50 | $305.50 |
| | | 5/27/11 | | |
| 8 | HR | SERVICE RIG AND 3 MAN CREW | $432.00 | $3,456.00 |
| 3 | HR | SERVICE RIG AND 3 MAN CREW - OVERTIME | $610.50 | $1,831.50 |
| 5 | HR | SERVICEMAN WITH SERVICE TRUCK - OVERTIME | $223.50 | $1,117.50 |
| | | 5/28/11 | | |
| 15 | HR | SERVICE RIG AND 3 MAN CREW - OVERTIME | $610.50 | $9,157.50 |
| 10 | HR | SERVICE CRANE AND OPERATOR - OVERTIME | $305.50 | $3,055.00 |
| | | 5/29/11 | | |
| 16 | HR | SERVICE RIG AND 3 MAN CREW - OVERTIME (DOUBLE TIME FOR SUNDAY WORK) | $789.00 | $12,624.00 |
| 8 | HR | SERVICE RIG AND 3 MAN CREW - OVERTIME (DOUBLE TIME FOR HOLIDAY WORK) | $789.00 | $6,312.00 |
| | | 5/31/11 | | |
| | | Demobilize all equipment. | | |
| 4 | HR | SERVICE RIG AND 2 MAN CREW | $318.00 | $1,272.00 |
| | | **Sub Total for FIELD LABOR AND EQUIPMENT: $47,446.00** | | |
| | | **MACHINE SHOP LABOR AND EQUIPMENT** | | |
| | | 5/26/11 | | |
| | | Pull pipe and tighten couplings. | | |
| 6 | HR | SERVICEMAN AND HELPER | $243.00 | $1,458.00 |
| | | 5/27/11 | | |
| | | Premium for pump assembly. | | |
| 28 | HR | SERVICEMAN WITH HAND TOOLS - OVERTIME | $64.50 | $1,806.00 |



# Layne Christensen Company

Remit to: 9317 Paysphere Circle Chicago, IL 60674

Great Lakes Region ~ Aurora, IL - Beecher, IL - Lansing, MI - Pewaukee, WI - Schofield, WI
PH: (262) 246-4646 ~ FAX: (262) 246-4784

### INVOICE #: 89016511

**SOLD TO:** Sunset Village
ATTN: Accounts Payable
2450 Waukegan Road
Northfield, IL 60093
Client Phone: 847-724-7711

**INVOICE DATE:** 06/01/2011
**PO#:** Signed Work Order
**LAYNE ORDER#:** 12969
**CLIENT#:** 10161274

**Engineer:** Chris Peschang

**TERMS: NET 30 DAYS**

| QUANTITY | | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| | | Sub Total for MACHINE SHOP LABOR AND EQUIPMENT: $3,264.00 | | |
| **MATERIALS** | | | | |
| 1 | EA | *Byron Jackson 18 Stage 8MQH CIBF Bowl Assembly | $24,381.75 | $24,381.75 |
| 715 | FT | *5" Black Steel Threaded and Coupled Column Pipe | $22.60 | $16,159.00 |
| 2 | EA | *5" Lakewood Surge Control Check Valves | $796.00 | $1,592.00 |
| 1 | LS | *Byron Jackson 10" Motor Balance Tube and Fittings | $76.50 | $76.50 |
| 10 | GAL | *Byron Jackson Motor Oil | $29.00 | $290.00 |
| 715 | FT | *1/4" PVC Airline | $0.50 | $357.50 |
| | | Sub Total for MATERIALS: $42,856.75 | | |
| | | Invoice Sub Total: | | $93,566.75 |
| | | Tax: | | $3,535.68 |
| | | **Invoice Total:** | | **$97,102.43** |

Layne Christensen Company will institute a late payment charge at a rate of 18% per annum (unless a lower rate is required under applicable law, in which case the lower rate shall apply) for all payments not made on or before the due date. It is the policy of Layne Christensen to preserve all lien and payment bond rights where available. All notifications are sent strictly for this purpose.

Thank you for your business
Layne Christensen is an Equal Opportunity Employer
** ORIGINAL **