# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7633 | **DATE** | 10/12/2011 |
| **CASE TITLE** | Jefferson-Pilot Investments, Inc. vs. Capital First Realty, Inc. | | |

**DOCKET ENTRY TEXT**

No objection has been filed to the second receiver's report or to the request for compensation contained in the report. The Court approves the receiver's invoices for July 2011 in the amount of $11,166.66 and for August 2011 in the amount of $16,622.07.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|