*JH*

Recorder's Stamp

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | ) ) ) |
| Plaintiff, | ) Case No. 10 cv 07633 |
| v. | ) ) Honorable Judge Matthew Kennelly |
| CAPITAL FIRST REALTY, INC., et al., | ) ) Magistrate Judge Jeffrey Cole |
| Defendants. | ) |

## MEMORANDUM OF JUDGMENT

On September 8, 2011, Judgment was entered in favor of Plaintiff, Jefferson Pilot Investments, Inc., and against Defendant, CAPITAL FIRST REALTY, INC., in the amount of TWENTY-EIGHT MILLION, TWO HUNDRED THIRTY THOUSAND, FOUR HUNDRED ELEVEN DOLLARS AND SEVENTY FOUR CENTS ($28,230,411.74).

_____
Honorable Mathew Kennelly   9/8/2011

AFTER RECORDING, PLEASE RETURN TO:

Leonard S. Shifflett
QUARLES & BRADY LLP
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654
(312) 715-5000

QB\15053890.1