# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | |
| Plaintiff, | Case No. 10-cv-07633 |
| v. | Judge Matthew F. Kennelly |
| CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois corporation, and EAGLE HEATING & COOLING INC., an Illinois corporation, and LAYNE CHRISTENSEN COMPANY, a Delaware corporation; and LAYNE-WESTERN, a division of Layne Christensen Company, a Delaware corporation, | Magistrate Judge Jeffrey N. Cole |
| Defendants. | |
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | |
| Counter-Defendant/Counter-Plaintiff, | |
| v. | |
| THE KLARCHEK FAMILY TRUST, a Trust organized under the laws of the State of Illinois; JOHN COSTELLO, not individually but solely as Trustee of the Klarchek Family Trust; JOHN LOGIUDICE, not individually but solely as Trustee of the Klarchek Family Trust; WOLIN, KELTER and ROSEN, LTD., an Illinois corporation; BAUCH & MICHAELS, LLC, an Illinois limited liability company; CAPITAL FIRST REALTY, INC., an Illinois corporation; CAPITAL HOME SERVICES CORP., an Illinois corporation; GILSON, LABUS & SILVERMAN, | |

| | |
|---|---|
| LLC an Illinois limited liability company; JAY KLARCHEK, an individual, MICHAEL PASHAWITZ, an individual, and SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## ORDER

Receiver, Steven S. Spinell, filed his Third Receiver Report [Docket #207] on November 28, 2011, covering the time period of September 9, 2011 through November 8, 2011, and requesting payment in the amount of $10,898.76 for services rendered;

No objections were filed with respect to the Third Receiver Report;

The Court approved the Third Receiver Report on December 11, 2011 [Docket #222];

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation in the sum of $10,898.76.

Date: December 14, 2011        s/ Matthew F. Kennelly
                              MATTHEW F. KENNELLY
                              UNITED STATES DISTRICT JUDGE