# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 10-cv-07633 |
| v. | )<br>) Judge Matthew F. Kennelly |
| CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois corporation, and EAGLE HEATING & COOLING INC., an Illinois corporation, and LAYNE CHRISTENSEN COMPANY, a Delaware corporation; and LAYNE-WESTERN, a division of Layne Christensen Company, a Delaware corporation, | )<br>) Magistrate Judge Jeffrey N. Cole |
| Defendants. | ) |
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | ) |
| Counter-Defendant/Counter-Plaintiff, | ) |
| v. | ) |
| THE KLARCHEK FAMILY TRUST, a Trust organized under the laws of the State of Illinois; JOHN COSTELLO, not individually but solely as Trustee of the Klarchek Family Trust; JOHN LOGIUDICE, not individually but solely as Trustee of the Klarchek Family Trust; WOLIN, KELTER and ROSEN, LTD., an Illinois corporation; BAUCH & MICHAELS, LLC, an Illinois limited liability company; CAPITAL FIRST REALTY, INC., an Illinois corporation; CAPITAL HOME SERVICES | ) |

| | |
|---|---|
| CORP., an Illinois corporation; GILSON, LABUS & SILVERMAN, LLC an Illinois limited liability company; JAY KLARCHEK, an individual, MICHAEL PASHAWITZ, an individual, and SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership;<br><br>   Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Receiver, Steven S. Spinell, filed his Fourth Receiver Report [Docket #237] on January 25, 2012, covering the time period of November 9, 2011 through January 9, 2012, and requesting payment in the amount of $26,659.19 for services rendered in October and November, 2011;

No objections were filed with respect to the Fourth Receiver Report;
IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Court approves the Fourth Receiver Report and Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation in the sum of $26,659.19 for services rendered in October and November, 2011.

Date: February 15, 2012

                                       MATTHEW F. KENNELLY
                                       UNITED STATES DISTRICT JUDGE