IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 10-cv-07633 |
| v. | )<br>) Judge Matthew F. Kennelly |
| CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois corporation, and EAGLE HEATING & COOLING INC., an Illinois corporation, and LAYNE CHRISTENSEN COMPANY, a Delaware corporation; and LAYNE-WESTERN, a division of Layne Christensen Company, a Delaware corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | )<br>)<br>) |
| Counter-Defendant/Counter-Plaintiff, | ) |
| v. | )<br>) |
| THE KLARCHEK FAMILY TRUST, a Trust organized under the laws of the State of Illinois; JOHN COSTELLO, not individually but solely as Trustee of the Klarchek Family Trust; JOHN LOGIUDICE, not individually but solely as Trustee of the Klarchek Family Trust; WOLIN, KELTER and ROSEN, LTD., an Illinois corporation; BAUCH & MICHAELS, LLC, an Illinois limited liability company; CAPITAL FIRST REALTY, INC., an Illinois corporation; CAPITAL HOME SERVICES CORP., an Illinois corporation; GILSON, LABUS & SILVERMAN, LLC an Illinois limited liability company; JAY KLARCHEK, an individual, MICHAEL PASHAWITZ, an individual, and SUNSET | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; | )<br>)<br>) |
|    Third-Party Defendants. | )<br>) |

### ORDER

Receiver, Steven S. Spinell, filed his Fifth Receiver Report [Docket #264] on April 2, 2012, covering the time period of January 10, 2012 through March 9, 2012, and requesting payment in the amount of $44,160.91 for services rendered in December 2011 and January and February 2012;

No objections were filed with respect to the Fifth Receiver Report;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Court approves the Fifth Receiver Report and Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation in the sum of $44,160.91 for services rendered in December 2011 and January and February 2012.

Date: April 13, 2012           _____
                                            MATTHEW F. KENNELLY
                                            UNITED STATES DISTRICT JUDGE