IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | ) ) ) | |
| Plaintiff, | ) | Case No. 10-cv-07633 |
| v. | ) ) | Judge Matthew F. Kennelly |
| CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois corporation, and EAGLE HEATING & COOLING INC., an Illinois corporation, and LAYNE CHRISTENSEN COMPANY, a Delaware corporation; and LAYNE-WESTERN, a division of Layne Christensen Company, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation, | ) ) ) ) | |
| Counter-Defendant/Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| THE KLARCHEK FAMILY TRUST, a Trust organized under the laws of the State of Illinois; JOHN COSTELLO, not individually but solely as Trustee of the Klarchek Family Trust; JOHN LOGIUDICE, not individually but solely as Trustee of the Klarchek Family Trust; WOLIN, KELTER and ROSEN, LTD., an Illinois corporation; BAUCH & MICHAELS, LLC, an Illinois limited liability company; CAPITAL FIRST REALTY, INC., an Illinois corporation; CAPITAL HOME SERVICES | ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| CORP., an Illinois corporation; GILSON, LABUS & SILVERMAN, LLC an Illinois limited liability company; JAY KLARCHEK, an individual, MICHAEL PASHAWITZ, an individual, and SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership;<br><br>  Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Receiver, Steven S. Spinell, filed his Sixth Receiver Report [Docket #286] on May 24, 2012, covering the time period of March 10, 2012 through May 10, 2012, and requesting payment in the amount of $18,720.61 for services rendered in March, 2012;

No objections were filed with respect to the Sixth Receiver Report;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the pursuant to the request made in the Sixth Receiver Report, the Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation in the sum of $18,720.61 for services rendered in March, 2012.

By no later than June 25, 2012 (two days prior to the next status hearing), the Receiver is directed to provide the Court with a current balance sheet for the receivership estate as well as an income statement covering the period from the receiver's appointment to the present.

Date: June 10, 2012

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE