UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Jefferson–Pilot Investments, Inc.
                            Plaintiff,

v.                                             Case No.: 1:10–cv–07633
                                             Honorable Matthew F. Kennelly

Capital First Realty, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 30, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: No objection having been filed to the Seventh Receiver Report, the Court hereby orders that pursuant to the request made in the that report, the Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation in the sum of $16,776.51 for services rendered in April, 2012. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.