N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation,<br><br>     Plaintiff,<br><br>          v.<br><br>CAPITAL FIRST REALTY, INC., an Illinois corporation, SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; TCF NATIONAL BANK, a national banking association; L H BLOCK ELECTRIC COMPANY, INC., an Illinois corporation, DOHERTY, GIANNINI, REITZ CONSTRUCTION, INC., an Illinois corporation, and EAGLE HEATING & COOLING INC., an Illinois corporation, and LAYNE CHRISTENSEN COMPANY, a Delaware corporation; and LAYNE-WESTERN, a division of Layne Christensen Company, a Delaware corporation,<br><br>     Defendants.<br><br>JEFFERSON-PILOT INVESTMENTS, INC., a North Carolina corporation,<br><br>     Counter-Defendant/Counter-Plaintiff,<br><br>v.<br><br>THE KLARCHEK FAMILY TRUST, a Trust organized under the laws of the State of Illinois; JOHN COSTELLO, not individually but solely as Trustee of the Klarchek Family Trust; JOHN LOGIUDICE, not individually but solely as Trustee of the Klarchek Family Trust; WOLIN, KELTER and ROSEN, LTD., an Illinois corporation; BAUCH & MICHAELS, LLC, an Illinois limited liability company; CAPITAL FIRST REALTY, INC., an Illinois corporation; CAPITAL HOME SERVICES CORP., an Illinois corporation; GILSON, LABUS & SILVERMAN, | Case No. 10-cv-07633<br><br>Judge Matthew F. Kennelly |

| | |
|---|---|
| LLC an Illinois limited liability company; JAY KLARCHEK, an individual, MICHAEL PASHAWITZ, an individual, and SUNSET VILLAGE LIMITED PARTNERSHIP, an Illinois limited partnership; | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## ORDER

Receiver, Steven S. Spinell, filed his Tenth Receiver Report [Docket # 356] on January 31, 2013 covering invoices for services rendered in October, November and December 2012 in the amounts of $20,075.00, $10,427.54 and $8,953.34, respectively, totaling $39,455.88. Included on the Receiver invoices for October, November and December are $11,870, $12,848 and $12,288, respectively, for maintenance fees rendered in the same period by Receiver's related entity Kinzie Real Estate Group, LLC. These amounts total $76,461.88.

No objections were filed with respect to the Tenth Receiver Report;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Court approves the Tenth Receiver Report and Receiver, Steven S. Spinell, is authorized to make payment to himself out of Receivership funds for compensation and property management services in the amount of $39,455.88 and to make payment to Kinzie Real Estate Group, LLC in the amount of $37,006.00 for landscaping and maintenance fees for the period stated in the Tenth Receiver Report.

Date: February 22, 2013

_____
MATTHEW F. KENNELLY
UNITED STATES DISTRICT JUDGE